# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In re:
**Rufus Anthony Steadman**
a/k/a Rufus A. Steadman III, Rufus Anthony
Steadman III
S.S. No.: xxx-xx-8318
Mailing Address: 101 Compass Way, Sanford, NC 27330-

Case No. 11-80418

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on March 10, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 25, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 3/9/11
**Lastname-SS#:** Steadman-8318

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | SNR Express | | Contract |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Freedom Mortgage | House & Lot |
| Cobblestone HOA | House & Lot |
| Johnston Co. Taxes | House & Lot |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | SNR Express | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | AmeriCredit | 1 | $8,708 | 5.00 | $87 | $183.10 | 2007 Kia Optima |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo Auto | 5 | $9,914 | 5.00 | $64 | $208.46 | 2006 Mitsubishi Raider |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $381 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int. % | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | | Amount** |
|---|---|---|
| DMI= | $422 | $17,469 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$737** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **4.04** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules
** = Greater of DMI x ACP or EAE                    (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credit Protection
13355 Noel Road #2100
Dallas, TX 75240-6612

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

AmeriCredit
Post Office Box 78143
Attn: Managing Agent
Phoenix, AZ 85062-8143

Debt Recovery Solutions, LLC
Post Office Box 1259
Oaks, PA 19456

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Federal Housing Authority
Department of HUD
1500-401 Pine Croft Road
Greensboro, NC 27407

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

First Premier Bank
Post Office Box 5524
Sioux Falls, SD 57117-5524

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Charter Commumincations
107 Weeks Drive B
Roxboro, NC 27573

Freedom Mortgage Corporation
Post Office Box 8068
Attn: Managing Agent
Virginia Beach, VA 23450

Experian
P.O. Box 2002
Allen, TX 75013-2002

Christine Steadman
Deceased

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Cobblestone HOA of Clayton
Attn: Managing Agent
c/o Kohn-Ell Association Mangement
205 West Millbrook Road #210
Butner, NC 27509

Hatch, Little & Bunn, LLP
Post Office Box 527
Raleigh, NC 27602-0527

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Credit Financial Services
3800 Guess Road
Durham, NC 27705

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

| | |
|---|---|
| JC Penney<br>Post Office Box 981131<br>El Paso, TX 79998 | Pioneer<br>4000 South Eastern Suite 300<br>Las Vegas, NV 89119 |
| Johnston County Tax Collector<br>Post Office Box 451<br>Attn: Managing Agent<br>Smithfield, NC 27577-0451 | SNR Express<br>2627 Dalrymple Street<br>Sanford, NC 27332 |
| Lowe's<br>Post Office Box 981064<br>El Paso, TX 79998-1064 | South Eastern Acceptance<br>1209 Sila Creek Parkway<br>Suite 45A<br>Winston Salem, NC 27127 |
| Merrick Bank<br>10705 South Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095 | Sprint<br>Post Office Box 8077<br>London, KY 40742 |
| Military Star<br>Disputes Unit<br>Post Office Box 650410<br>Dallas, TX 75265-0410 | Sprint<br>Post Office Box 7086<br>London, KY 40742-7086 |
| NCO Fin/99<br>Post Office Box 15636<br>Wilmington, DE 19850 | The Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | US Attorney's Office<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Wells Fargo Auto Finance<br>Post Office Box 29704<br>Attn: Managing Agent<br>Phoenix, AZ 85038-9704 |
| North Carolina Employment Security<br>Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | |